UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2008 MAR 26 AM 11:19

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| FRANK J. ROBERTS | CIVIL ACTION |
| VERSUS | NO. 05-0621 |
| JAMES LEBLANC, WARDEN | SECTION "F" (6) |

## ORDER

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Therefore, **IT IS ORDERED** that the petition of Frank J. Roberts for issuance of a writ of *habeas corpus* under 28 U.S.C. § 2254, be, and the same is hereby **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 25th day of MARCH, 2008.

_____
UNITED STATES DISTRICT JUDGE